**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
mcefalu@cwlfirm.com

Attorneys for Plaintiff
ST LIBERTY, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.<br><br>　　　　　　Defendants. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF ST LIBERTY, LLC'S VERIFIED COMPLAINT**<br><br>1) **Foreclosure of Preferred Ship Mortgage (46 U.S.C. Section 31325)** |

Plaintiff ST LIBERTY, LLC (hereinafter "Plaintiff"), alleges as follows:

## JURISDICTION AND VENUE

1. This is a admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Actions.

2. This Court has proper admiralty jurisdiction over this action

-1-   Case No.

VERIFIED COMPLAINT

based on the U.S. Constitution, art. III, Section 2; 28 U.S.C. Section 1333; federal question jurisdiction based on 28 U.S.C. 1331, and the Ship Mortgage Act, 46 U.S.C. sections 31301-31343.

3. Venue is proper in this District because the *in rem* Defendant Vessel is physically located within the Central District of California.

## **PARTIES**

4. Plaintiff is a lending institution organized and existing under the laws of the State of Florida, with its principal place of business in Ft. Lauderdale, Florida.

5. The Defendant Vessel, at one time known as "BRINLEY GREYSON," Official No. 1229074, Hull No. FGQ8E111H708, is a 2008 Fountain Power Boats Express Cruiser model, 38 feet in length, constructed of fiberglass, propelled diesel power, is and was, at all times mentioned herein, a documented vessel under a Certificate of Documentation issued by the United States Coast Guard with its home port designated as Newport Beach, California (hereinafter "Vessel" of "Defendant").

6. Does 1 through 10, inclusive, are unknown to Plaintiff, which therefore sues said defendants by such fictitious names. Plaintiff will request leave of Court to amend this Complaint if and when their true names are ascertained. Plaintiff is informed and believes that some or all of the defendants are the agents, servants, employees, partners, alter egos, or representatives of other defendants and performed the acts mentioned in this Complaint during the course and scope of their agency, servant, employment, partnership, alter ego, or representative relationship or under the direction or with the knowledge and approval of their principals, masters, employers, and/or partners.

## **GENERAL ALLEGATIONS**

7. On or about July 25, 2016, Plaintiff and Hallett Company LLC

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

("HCLLC") entered into a Note, Disclosure and Security Agreement (the "Note") along with an Addendum to the Note (the Note and the Addendum to Note shall collectively be referred to as the "Security Agreement"). Under the terms of the Security Agreement, Plaintiff agreed to loan HCLLC the principal amount of $78,000 (Seventy Eight Thousand Dollars and No Cents) at a fixed annual interest rate of 19.84% (the "Indebtedness") for financing the purchase of the Vessel in exchange for HCLLC's agreement to make monthly payments of $1,980.26 for 60 months to Plaintiff. The Security Agreement also provided that, upon default, Plaintiff would be entitled to its reasonable attorneys' fees incurred in retaking, holding, preparing for sale and selling the Vessel.

8. A true and correct copy of the Security Agreement is attached hereto as **Exhibit 1**, and by this reference is incorporated herein as though fully set forth.

9. On or about July 25, 2016, in order to secure payment of the Indebtedness, HCLLC executed and delivered to Plaintiff, in accordance with and pursuant to the laws of the United States, a First Preferred Ship Mortgage covering the Vessel along with a Power of Attorney (collectively the "Mortgage"). A true and correct copy of the Mortgage is attached hereto as **Exhibit 2**, and by this reference is incorporated herein as though fully set forth.

10. Thereafter, Plaintiff caused the Mortgage to be duly recorded with the U.S. Coast Guard's National Vessel Documentation Center. Plaintiff has not waived its status as a mortgagee under the Mortgage. All other requirements of the laws of the United States relating to preferred ship mortgages were duly met or were caused to be met by Plaintiff. The Indebtedness of the Security Agreement, as secured by the Mortgage on the Vessel, is a valid preferred ship mortgage lien on the Vessel.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-3-    Case No.
VERIFIED COMPLAINT

# FIRST CLAIM FOR RELIEF

## FORECLOSURE OF PREFERRED SHIP'S MORTGAGE AGAINST THE VESSEL *IN REM* UNDER 46 U.S.C. § 31325

11. Plaintiff hereby realleges and incorporates by this reference paragraphs 1 – 10 of this Complaint.

12. HCLLC has defaulted on its obligations to timely make the agreed periodic payments on the Indebtedness under the Security Agreement in accordance with the terms thereof. HCLLC failed entirely to make the periodic payments on the Indebtedness due as set forth in the Security Agreement for the November 25, 2017 payment date to present. The last payment on the Indebtedness made by HCLLC was in November 2017, but was applied to the October 2017 payment date as that payment had not yet been made. No further payments have been received by Plaintiff and payments are past due from the November 2017 payment date to present.

13. Pursuant to the terms of the Security Agreement and Mortgage, Plaintiff exercises its right and option under the Security Agreement to declare the entire amount due of the Indebtedness to be immediately due and owing, and to foreclose on the Mortgage securing the Security Agreement.

14. As of January 19, 2018, the amount of the Indebtedness due and owing to Plaintiff is Seventy-Two Thousand, Four Hundred Ninety-Nine Dollars and Fifty-Six Cents (US$72,499.56), including principal and interest, together with late fees and prepayment penalty. Interest continues to accrue on the unpaid principal sum at the contract rate of 24.99% per annum, which became the effective rate upon HCLLC's default on its obligations under the Security Agreement.

15. Although demands have been made upon HCLLC to pay the Indebtedness it owes to Plaintiff under the Security Agreement and Mortgage, HCLLC has failed, neglected, and refused to pay said Indebtedness.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

16. By reason of HCLLC's default and failure to pay the Indebtedness under the Security Agreement, payment of which is secured by the Mortgage, Plaintiff is entitled to exercise any and all remedies it is legally entitled to under the Security Agreement and Mortgage, including self-help repossession under the Security Agreement[1] and the Mortgage,[2] sue on the Security Agreement, foreclose the Mortgage, and enforce the Mortgage Lien that exists against the Vessel *in rem* by virtue of the federal maritime law and the Ship Mortgage Act (46 U.S.C. §§ 31301-31343).

17. Plaintiff has incurred and will incur reasonable attorneys' fees, costs, and expenses, and may be caused to make advances and sustain damages by reason of the foregoing defaults of defendants, all in amounts not presently ascertainable. Plaintiff will either amend its pleadings to correctly allege the proper amounts when they have become known or prove the amounts at trial or by an evidentiary hearing.

## ARREST OF THE VESSEL UNDER RULE C

18. Plaintiff has a valid maritime lien against the Vessel, as set forth above.

19. Under the authority of Rule C of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff is entitled to arrest the Vessel.

## PRAYER

**WHEREFORE, Plaintiff prays for relief as follows:**

A. That process in due form of law, pursuant to this Court's Admiralty and Maritime Jurisdiction, issue against the Defendant Vessel, her rigging, tackle apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging; that all persons claiming any interest in

---

[1] **Ex. 1**, Security Agreement, pg. "4 of 8," "Remedies."
[2] **Ex. 2**, Mortgage, pg. "3 of 3," "Repossession and Foreclosure."

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

the Vessel be cited to appear and answer this Verified Complaint; and that Defendant Vessel be cited to appear and answer this Verified Complaint, as well.

  B. That the Mortgage be declared to be a valid and subsisting ship mortgage lien against the Vessel, her rigging tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging, in the sum of at least $72,499.56 in principal, late fees, prepayment penalty, and all unpaid accrued interest owing according to the terms of the Security Agreement and Mortgage, together with all other amounts which have been or will be required to be disbursed by or on behalf of Plaintiff for the care, insuring, preservation, movement, and storage of the Vessel and while in *custodia legis* in the within action, plus all other advances, expenses, attorneys' fees, costs and disbursements by Plaintiff, together with post-judgment interest at the maximum statutory rate, with such liens to be prior and superior to the interest of any and all maritime and non-maritime liens or claims of any and all persons, firms or corporations whatsoever.

  C. That the Defendant Vessel, her rigging tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging, be condemned and sold to pay the Indebtedness and demands and claims of Plaintiff, with interest and costs, and that Plaintiff may become a purchaser permitted to credit bid any amounts adjudged to be owing at any sale of the mortgaged property pursuant to Local Admiralty Rule E.15(b).

  D. That it be decreed that any and all persons, firms or corporations claiming any interest in the Vessel, her rigging tackle, apparel, furniture, engines, bunkers, and all other necessaries thereunto appertaining and belonging, are forever barred and foreclosed of and from all right or equity of redemption or claim of, in, or to the mortgaged Vessel and every part thereof.

  E. That Plaintiff recover from Defendant Vessel the entire

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-6- Case No.
VERIFIED COMPLAINT

Indebtedness owed to Plaintiff under the Security Agreement and Mortgage, together with interest thereon, including attorneys' fees, expenses and costs that are due Plaintiff;

  F.  That Plaintiff have such other and further relief in justice as it may be entitled to receive.

Dated: January 18, 2018    COX, WOOTTON, LERNER,
                  GRIFFIN & HANSEN, LLP
                  Attorneys for Plaintiff
                  ST LIBERTY, LLC

               By: ___/S/ Marc T. Cefalu_____
                  Marc T. Cefalu

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

# VERIFICATION

I, G. Robert Toney, declare as follows:

1. I am the Manager of ST LIBERTY, LLC, Plaintiff in the instant action.

2. I have read the contents of the above Complaint and hereby verify the facts contained therein are true and correct to the best of my knowledge, information, and belief.

3. I am authorized on behalf of ST LIBERTY, LLC to verify this Complaint.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct and that this verification was executed at Ft. Lauderdale, Florida, on January 18, 2018.

_____
G. Robert Toney_____

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-8-   Case No.
VERIFIED COMPLAINT