EXHIBIT 2

### FIRST PREFERRED SHIP MORTGAGE

This is a Preferred Ship Mortgage ("the mortgage") dated JULY 25, 2016 being created under federal law on the vessel BRINLEY GREYSON, hull id: FGQ8E111H708 Coast Guard official number: no. 1229074. The amount of the mortgage is **$ 78,000.00**, (the "amount financed"), plus accrued interest and performance of mortgage covenants. The maturity date of the mortgage is JULY 25, 2021, the date of the last scheduled payment.

1. PARTIES AND DEFINITIONS
MORTGAGOR:     HALLETT COMPANY LLC –100% (A CA. LLC – SOLE OWNER)
                          1024 BAYSIDE DRIVE # 114. NEWPORT BEACH, CA. 92660

being the sole owner(s) of the vessel, and residing or having a place of business at:

MORTGAGEE: **ST LIBERTY LLC –100%**
address:     **1915 SW 21ST AVENUE. FT. LAUDERDALE, FL. 33312**

The words you and your mean all (individuals, partners, trustees or corporations) who sign this Mortgage as Mortgagor and their heirs, executors, administrators and assigns. The words we, us and ours mean the Mortgagee and anyone who has Mortgagee's rights under this Mortgage.

2. **OBLIGATION SECURED**: This mortgage secures your obligation (the "Debt") now due or which may become due in the future to us under this Mortgage and under the provisions of a Fixed Rate Promissory Note and Security Agreement, ("the "Note"), dated JULY 25, 2016. The provisions of the Note are incorporated herein by this reference as though set forth in full. If there is any inconsistency between the Note and this Mortgage, this Mortgage shall control.

3. **DESCRIPTION OF VESSEL**: To secure the Debt, you mortgage to us the whole of the Vessel named and described herein.
   NAME: **BRINLEY GREYSON**     HAILINGPORT: **NEWPORT BEACH, CA.**
   USCG OFFICIAL NUMBER: **1229074**     HULL ID: **FGQ8E111H708**
   MANUFACTURER: **FOUNTAIN POWERBOATS**  MODEL: **EXPRESS CRUISER**  YEAR: **2008**  LOA: **38'**
   ENGINE MFG: **MERCRUISER** HORSE POWER: **425**  SERIAL NUMBERS: **NOT SIGHTED**   XX Gas Diesel
   STATE OF PRINCIPAL USE: **CA.**
   LOCATION (SUMMER): **HARBOR MARINA. 3335 WEST COAST HWY. NEWPORT BEACH, CA. 92660**
                  (WINTER) :  **HARBOR MARINA. 3335 WEST COAST HWY. NEWPORT BEACH, CA. 92660**

together with all masts, towers, boiler, cables, engines, machinery, bowsprits, sails, rigging, auxiliary boats, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, radar and other electronic or other equipment and supplies, and all fishing and other appurtenances and accessories, now used in or on the Vessel or which may be substituted in or added to the Vessel in the future, whether or not removed from the Vessel; and all freights, subfreights and charter hire. The word "Vessel" as used in this Mortgage includes all of the above items as well as the hull, to the extent that they may be mortgaged under Chapter 313, Title 46, U.S. Code.

4. **PROMISE TO PAY**: You will pay and perform the debt.

5. **JOINT MORTGAGORS**: If more than one of you signs this Mortgage as Mortgagor, each of you is responsible for paying the full amount due under this Mortgage, unless specifically stated otherwise below. We do not have to notify one Mortgagor that another has defaulted under this Mortgage. We may give one Mortgagor extensions to pay or change or release his responsibility without releasing any other Mortgagor.

6. **CITIZENSHIP**: You are and shall continue to be a citizen of the United States until this Mortgage is paid in full.

(Preferred Ship Mortgage, page 1 of 3)

**7. FEDERAL DOCUMENTATION AND RIGHT TO OWN AND OPERATE:** You are, and shall continue to be entitled to own and operate this Vessel under her United States Coast Guard Certificate of Documentation in accordance with the endorsements thereon. You will continue to keep the Vessel's Certificate of Documentation in full force and effect.

**8. GOOD STANDING OF CORPORATE MORTGAGOR:** If this Mortgage is given by a corporation, the corporation is properly incorporated and exists in good standing under the laws of the state of its incorporation.

**9. TITLE WARRANTY:** You warrant title to the Vessel. This means that you are responsible for any expenses or losses to us, if anyone else successfully claims an interest in the Vessel or any part of it.

**10. RISK OF LOSS:** Damage, destruction or other loss of the Vessel does not release you from this Debt. You must notify Mortgagee if the Vessel is damaged, destroyed or disappears.

**11. INSURANCE AND NOTICE OF LOSS:** Until the Debt secured by this Mortgage is fully paid, you will insure the Vessel at all times for its full insurance value against fire, theft, collision, damage caused by water conditions, and such other hazards as we may reasonably require. The insurance company must be reasonably acceptable to us. Such insurance must protect us (up to the amount you owe under this Mortgage) as well as you. You will keep the insurance renewed and in full force, and will provide us wit proof of payment as we require. You will authorize the insurance company to pay any loss to us, and to name us as additional loss payee in the policy. If at any time before this Mortgage is paid in full such insurance lapses or is canceled, we may buy replacement insurance and the amount paid by us will be considered an additional indebtedness to be repaid by you subject to interest. If the Vessel is lost, stolen, damaged or destroyed, you will notify us within 24 hours of such occurrence.

**12. SALE OF THE VESSEL:** You will not sell the Vessel without paying off the full balance due on the Debt secured by this Mortgage.

**13. LOCATION OF VESSEL:** You will not, without our prior written approval, take this Vessel beyond the limits of the United States. You will not abandon the Vessel.

**14. DISPLAY OF MORTGAGE ON VESSEL:** You will prominently display and keep the Coast Guard certificate of documentation and a completed copy of this Mortgage on board the Vessel. You will show them to all persons having business with the Vessel and to us upon demand.

**15. BILLS AND TAXES:** You will pay all repair bills, storage bills, taxes, fines or other charges on the Vessel. If we pay any of these bills, you will repay us on demand, with interest.

**16. CARE OF THE VESSEL:** You will keep the Vessel in good condition and repair.

**17. SEIZURE OF THE VESSEL:** You will notify us promptly if the Vessel is libeled, attached, detained, seized or levied upon or taken into custody by any court or other authority. You will immediately take steps to have the Vessel released.

**18. INSPECTION OF VESSEL:** You will at all times allow us to inspect the Vessel and its cargo and papers and examine your related accounts.

**19. LATE CHARGES AND ATTORNEY'S FEE:** You agree to pay any late charges that become due under the Debt. If proceedings are brought to foreclose this Mortgage, you agree to pay attorney's fees and court costs.

**20. DEMAND FOR FULL PAYMENT/DEFAULT:** You will be in default, and we may demand full payment at once of all you owe under the Debt secured by this Mortgage, if you (a) do not make any payment when due; or (b) fail to perform any of the terms and conditions of the Mortgage or the Debt it secures; or (c) have made any misleading

(Preferred Ship Mortgage, page 2 of 3)

statement about any important fact in this Mortgage or the Debt secured by this mortgage, or in your application for credit approval; or (d) die, or (e) become insolvent; or (f) file for bankruptcy or similar relief, or let a lien be placed on the Vessel; or if (g) the Vessel lessens in value or becomes valueless other than through normal depreciation; or if (h) your ability to make timely payments is cut off; or if (I) anything else happens that we in good faith and with reasonable cause believe may endanger your ability to pay this Mortgage. FOR CORPORATE MORTGAGOR: If this Mortgage is given by a corporation, we may also request full payment if the corporation ceases doing business as a going concern or makes an assignment for benefit of creditors, liquidates substantially all of its assets, files for dissolution, or sells all or a controlling interest in the stock of the corporation.

**21. REPOSSESSION AND FORECLOSURE:** If you are in default, we have the right to repossess and sell the Vessel without court order. Alternatively, we have the right to foreclose in federal court under the maritime laws of the United States. We also have the right to exercise any and all other remedies available under the Note, the Loan Documents, or applicable law. No action on our part will constitute an election or remedies to the exclusion of others.

**22. PROCESS OF SALE:** If we resell the Vessel, we will subtract any late charges, cost of taking the Vessel, storage, costs of sale, reasonable attorney's fees and court costs from the price at which the Vessel is sold to arrive at net sale proceeds. If you owe more than the net sales proceeds, you will pay us the difference. If you owe less than the net sale proceeds, you will receive the difference from us.

**23. NO WAIVER OF RIGHTS:** We may delay in enforcing any of our rights without losing any of them.

**24. CHOICE OF LAW:** This mortgage is subject to the substantive laws of the State of Florida except to the extent it is governed by the laws of the United States.

**25. TIME IS OF THE ESSENCE:** Time is of the essence in this Mortgage.

**26. INVALID PROVISIONS:** If any provisions of this Mortgage cannot be enforced, the rest of the Mortgage will stay in effect.

WITNESS:

by: _____
DARRELL HALLETT – MANAGER/ SOLE MEMBER
HALLETT COMPANY LLC

by: _____

**ACKNOWLEDGMENT**

STATE OF: _____

COUNTY OF: _____

The foregoing instrument was acknowledged before me this____ day of **JULY 2016**
By **DARRELL HALLETT – MANAGER / SOLE MEMBER OF HALLETT COMPANY LLC,** who is personally known to me; or who has produced (type of identification)_____ as identification and who acknowledged execution of the foregoing instrument in their stated capacities for the purposes therein contained.

In witness whereof, I have hereunto set my hand and seal this ____ day of **JULY 2016**

_____
NOTARY PUBLIC

my commission expires:
(stamp/seal)

(Preferred Ship Mortgage, page 3 of 3)

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              }

County of Orange                              }

On July 25, 2016 before me, Terry Savage-Maxwell, Notary
(Here insert name and title of the officer)

personally appeared Darrell M. Hallett ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____          TERRY SAVAGE-MAXWELL
Notary Public Signature         (Notary Public Seal)          Commission # 2112609
                                                               Notary Public - California
                                                               Orange County
                                                               My Comm. Expires Jun 18, 2019

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

CAPACITY CLAIMED BY THE SIGNER
☑ Individual (s)
☐ Corporate Officer
    _____
         (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other Manger/member

© version www.NotaryClasses.com 800-673-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

## LIMITED POWER OF ATTORNEY

To effect U.S. Coast Guard Documentation and First Preferred Ship Mortgage in favor of the lender upon the vessel:

NAME OF VESSEL: **BLRINLEY GREYSON**
HIN#: **FGQ8E111H708**
OFFICIAL#: **1229074**

I hereby irrevocably appoint **ALAN SWIMMER, G. ROBERT TONEY, JOHN COOKLEY, A. TOMMY BOISVERT, JR., AND LISA S. TROCCOLI** to act as my true and lawful attorney-in-fact to execute and deliver to the U.S. Coast Guard any documents, Documentation or paperwork required to obtain U.S. Documentation and/or to execute and deliver a United States First Preferred Ship Mortgage upon the vessel described above and to secure the above-named lender.

Each attorney-in-fact named above has full authority to do anything necessary or advisable to sign and deliver Documentation and the First Preferred Ship Mortgage. I approve in advance anything that such attorney-in-fact may lawfully do or cause to be done under this Power of Attorney. Any attorney-in-fact may do everything to give full legal effect to this Power of Attorney including, but not by way of limitation, the execution and filing of a confirmatory mortgage or amendment in the event of a clerical error on the original mortgage.

IN WITNESS WHEREOF, I hereunto set my hand and seal this _25th_ day of **JULY 2016**
SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF (all owners must sign).

BY: _____          _____
      **DARRELL HALLETT**

### ACKNOWLEDGMENT

STATE OF _____          COUNTY OF _____

On this _____ day of **JULY 2016**, personally appeared before me **DARRELL HALLETT** (INDIVIDUAL) to me known to be the person(s) who executed the foregoing instrument and acknowledged to me that **HE** executed and delivered the same as **HIS** free act and deed for the uses and purpose therein set forth.

_____          _____
**NOTARY PUBLIC Signature**                              **MY COMMISSION EXPIRES**

Notary Printed Name: _Terry Savage Maxwell_

Notary Phone Number: _949-363-0483_

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Orange _____ }

On July 25, 2016 before me, Terry Savage-Maxwell, Notary
(Here insert name and title of the officer)

personally appeared Darrell M. Hallett ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

> TERRY SAVAGE-MAXWELL
> Commission # 2112609
> Notary Public - California
> Orange County
> My Comm. Expires Jun 18, 2019

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.