**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
ST LIBERTY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.<br><br>    Defendants. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**<br><br>**Local Rule 7.1** |

  For the purposes of Local Rule 7.1, The undersigned, counsel of record for Plaintiff ST LIBERTY, LLC represents that there are no known persons or entities that may have a pecuniary interest in the outcome of this case other than the Plaintiff, the defendant Vessel and its owner, HALLETT COMPANY, LLC.

///

///

///

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
Case No.

This representation is made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 18, 2018

COX, WOOTTON, LERNER,
GRFIFFIN & HANSEN, LLP
Attorneys for Plaintiff
ST LIBERTY, LLC

By: _____/S/ Marc T. Cefalu_____
        Marc T. Cefalu

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

Case No.
PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES