**COX, WOOTTON, LERNER GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
ST LIBERTY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC<br><br>Plaintiff,<br><br>v.<br><br>That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.<br><br>Defendants. | Case No.: 8:18-cv-00096-DOC-JDEx<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER AUTHORIZING ISSUANCE OF A DEPOSITION SUBPOENA PRIOR TO THE RULE 26 MEETING** [16] |

Plaintiff, ST LIBERTY, LLC' ("Plaintiff") submitted its Ex Parte Application for an Order Authorizing Issuance of a Deposition Subpoena Prior to the Rule 26 Meeting (the "Application") on about March 23, 2018. The Court having reviewed the Application finds and orders as follows:

**IT IS HEREBY ORDERED** that good cause exists to grant Plaintiff's Application authorizing the issuance of a deposition subpoena to compel the attendance of Ms. Nicole Hallett at deposition in order for Plaintiff to attempt to learn the current location of the Defendant vessel as well as Ms. Hallett's

interest in the subject vessel, if any. Plaintiff has made a prima facie showing of its right to foreclose a preferred ship mortgage executed in its favor against the subject vessel; the discovery requested is limited and specific; there appear no alternative means of obtaining the information sought; and, the adverse defendant has no compelling privacy interest in keeping the requested information (the location of the vessel) private. Plaintiff's Application is **GRANTED.**

Dated: March 26, 2018

By: *David O. Carter*
Hon. David O. Carter, District Judge

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-2-   Case No. 8:18-cv-00096-DOC-JDEx
ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER . . .