**COX, WOOTTON, LERNER,**
**GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
mcefalu@cwlfirm.com

Attorneys for Plaintiff
ST LIBERTY, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.<br><br>　　　　　Defendants. | Case No.: 8:18-cv-00096-DOC-JDEx<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF ARREST AND PROOF OF PUBLICATION** |

　　　Plaintiff ST LIBERTY, LLC submits the attached documents under Local Rule C.3.

Dated: May 4, 2018　　　　　　　　　COX, WOOTTON, LERNER,
　　　　　　　　　　　　　　　　　　　GRIFFIN & HANSEN, LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　ST LIBERTY, LLC


　　　　　　　　　　　　　　　　By:　/S/ Marc T. Cefalu
　　　　　　　　　　　　　　　　　　　Marc T. Cefalu

## NOTICE OF ARREST OF VESSEL

Case No. 8:18-cv-00096-DOC-JDE

PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Central District of California, entitled ST LIBERTY, LLC v. That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10, Case No. 8:18-cv-00096-DOC-JDE, on April 21, 2018, the Defendant Vessel That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," was arrested in obedience of a duly-issued Warrant of Arrest in this action. Attorneys for the Plaintiff are Cox, Wootton, Lerner, Griffin & Hansen, LLP (Marc T. Cefalu, Esq.), 900 Front Street, Suite 350, San Francisco, California 94111, telephone: 415-438-4600, fax: 415-438-4601. Any person or entity who claims any possessory right or ownership interest in this Vessel must, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("FRCP"), file a verified statement of such right or interest with the Clerk of the U.S. District Court for the Central District of California and serve it on attorneys for the Plaintiff within 14 days from this date of publication, and file and serve an answer to the Complaint within 30 days after the filing of the verified statement, or otherwise default may be entered, condemnation of the Vessel ordered, and the Vessel may be sold. Applications for intervention under FRCP Rule 24 by persons claiming maritime liens or other interests in the Vessel shall be filed within a time to be fixed by the Court.

David M. Singer, U.S. Marshal, C/CA
U.S. Courthouse
312 N. Spring Street, Room G-23
Los Angeles, CA 90012
(213) 894-6820

**(When required)**
RECORDING REQUESTED BY AND MAIL TO:

# LOS ANGELES DAILY JOURNAL
~ SINCE 1888 ~

915 E FIRST ST, LOS ANGELES, CA 90012
Mailing Address: P.O. Box 54026, Los Angeles, California 90054-0026
Telephone (213) 229-5300 / Fax (213) 229-5481

This space for filing stamp only

MARC T CEFALU
COX WOOTTON LERNER GRIFFIN & HANSEN, LLP
900 FRONT ST #350
SAN FRANCISCO, CA - 94111-1427

DJ#: 3127344

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California    )
County of Los Angeles  ) ss

Notice Type:    LEGAL1 - LEGAL NOTICE

Ad Description:
CASE NO 8:18-cv-00096-DOC-JDE

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the LOS ANGELES DAILY JOURNAL, a newspaper published in the English language in the city of LOS ANGELES, county of LOS ANGELES, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of LOS ANGELES, State of California, under date 04/26/1954, Case No. 599,382. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

05/02/2018

**NOTICE OF ARREST OF VESSEL**
Case No. 8:18-cv-00096-DOC-JDE
PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Central District of California, entitled ST LIBERTY, LLC v. That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., In Rem, and DOES 1-10, Case No. 8:18-cv-00096-DOC-JDE, on April 21, 2018, the Defendant Vessel That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," was arrested in obedience of a duly-issued Warrant of Arrest in this action. Attorneys for the Plaintiff are Cox, Wootton, Lerner, Griffin & Hansen, LLP (Marc T. Cefalu, Esq.), 900 Front Street, Suite 350, San Francisco, California 94111, telephone: 415-438-4600, fax: 415-438-4601. Any person or entity who claims any possessory right or ownership interest in this Vessel must, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("FRCP"), file a verified statement of such right or interest with the Clerk of the U.S. District Court for the Central District of California and serve it on attorneys for the Plaintiff within 14 days from this date of publication, and file and serve an answer to the Complaint within 30 days after the filing of the verified statement, or otherwise default may be entered, condemnation of the Vessel ordered, and the Vessel may be sold. Applications for intervention under FRCP Rule 24 by persons claiming maritime liens or other interests in the Vessel shall be filed within a time to be fixed by the Court.
David M. Singer, U.S. Marshal, C/CA
U.S. Courthouse
312 N. Spring Street, Room G-23
Los Angeles, CA 90012
(213) 894-6820
5/2/18

DJ-3127344#

Executed on: 05/02/2018
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature



Email

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

MARC T CEFALU
COX WOOTTON LERNER GRIFFIN & HANSEN, LLP
900 FRONT ST #350
SAN FRANCISCO, CA - 94111-1427

OR #: 3127346

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of ORANGE    ) ss

Notice Type: LEGAL1 - LEGAL NOTICE

Ad Description:
CASE NO 8:18-cv-00096-DOC-JDE

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**NOTICE OF ARREST OF VESSEL**
Case No. 8:18-cv-00096-DOC-JDE
PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Central District of California, entitled ST LIBERTY, LLC v. That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., In Rem, and DOES 1-10, Case No. 8:18-cv-00096-DOC-JDE, on April 21, 2018, the Defendant Vessel That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," was arrested in obedience of a duly-issued Warrant of Arrest in this action. Attorneys for the Plaintiff are Cox, Wootton, Lerner, Griffin & Hansen, LLP (Marc T. Cefalu, Esq.), 900 Front Street, Suite 350, San Francisco, California 94111, telephone: 415-438-4600, fax: 415-438-4601. Any person or entity who claims any possessory right or ownership interest in this Vessel must, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("FRCP"), file a verified statement of such right or interest with the Clerk of the U.S. District Court for the Central District of California and serve it on attorneys for the Plaintiff within 14 days from this date of publication, and file and serve an answer to the Complaint within 30 days after the filing of the verified statement, or otherwise default may be entered, condemnation of the Vessel ordered, and the Vessel may be sold. Applications for intervention under FRCP Rule 24 by persons claiming maritime liens or other interests in the Vessel shall be filed within a time to be fixed by the Court.
David M. Singer, U.S. Marshal, C/CA
U.S. Courthouse
312 N. Spring Street, Room G-23
Los Angeles, CA 90012
(213) 894-6820
5/2/18

OR-3127346#

05/02/2018

Executed on: 05/02/2018
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature



Email    * A 0 0 0 0 0 4 7 4 6 1 4 2 *