DARRELL HALLETT
1024 Bayside Drive, #114
Newport Beach, CA 92660
(949)933-1132
info@hallettcompany.com
In Pro Per

FILED

2018 MAY 14 PM 1: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ⎯⎯⎯⎯⎯⎯

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>THAT Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON", its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*.<br><br>    Defendant. | Case No.: 8:18-cv-00096-DOC-JDEx<br><br>**VERIFIED ANSWER OF DEFENDANT TO COMPLAINT OF PLAINTIFF** |

Defendant THAT CERTAIN 38' FOUNTAIN POWER BOAT... (herinafter "Defendant"), alleges as follows:

1) Defendant has no information or belief that allegations in paragraphs 1, 2, 3 are true, so Defendant denies them.
2) Defendant admits the allegations in paragraphs 4 and 5.
3) Defendant has no information or belief that allegations in paragraph 6 are true, so Defendant denies them.

-1-
ANSWER TO COMPLAINT

4) Defendant admits the allegations in paragraphs 7, 8, 9 and 10.

5) Defendant has no information or belief that allegations in paragraph 11, 12, 13, 14, 15, 16, 17, 18 and 19 are true, so Defendant denies them.

6) Except as expressly admitted herein, Defendant denies all of the allegations of the complaint.

FUTHER, AS SEPARATE AFFIRMATIVE DEFENSES, to each and every cause of action of the complaint, this Answering Defendant is informed, and believes, and on such information and belief, alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

1) As a First and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's complaint, and each cause of action contained therein fails to state facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

2) As a Second and Separate Affirmative Defense, this answering Defendant states the following:

3) Defendant was refinancing the existing loan held by the Plaintiff with Bank of the West.

4) Defendant forwarded Plaintiff the loan commitment letter from Bank of the West.

5) On April 5, 2018, Plaintiff gave Defendant a Payoff in the amount of $82,403.18 good until April 23, 2018.

6) Plaintiff agreed to accept the payoff amount of $82,403.18 in lieu of seizing the vessel.

7) Plaintiff was directly in touch with Bank of the West, and was aware that a vessel survey needed to be completed to finalize the loan.

8) Defendant's surveyor arrived to survey the vessel on April 21st at 10:00 am.

ANSWER TO COMPLAINT

9) Plaintiff had the vessel seized by US Marshalls on April 21st at 10:00 am.

10) Plaintiff's representative would not allow the survey company to survey the vessel.

11) Plaintiffs actions represent Fraud, Unfair Business Practices, and Intentional Infliction of Emotional Distress.

Dated: May 8, 2018         Respectfully Submitted,

By: *[signature]*

DARRELL HALLETT, Member

---

- 3 -

ANSWER TO COMPLAINT

## VERIFICATION

I, Darrell Hallett, declare as follows:

1. I am the Member of HALLETT COMPANY, LLC.
2. I have read the contents of the above Answer and hereby verify the facts contained therein are true and correct to the best of my knowledge, information, and belief.
3. I am authorized on behalf of HALLETT COMPANY, LLC to verify this Answer.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct and that this verification was executed at Newport Beach, California, on May 8, 2018.

_/s/ Darrell Hallett, mbr._

Darrell Hallett, Member

-4-

ANSWER TO COMPLAINT