POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: HALLETT COMPANY, LLC., DARRELL HALLETT, MEMBER<br>FIRM NAME:<br>STREET ADDRESS: 1024 BAYSIDE DR, #114<br>CITY: NEWPORT BEACH   STATE: CA   ZIP CODE: 92660<br>TELEPHONE NO.: 949-933-1132   FAX NO.:<br>E-MAIL ADDRESS: INFO@HALLETTCOMPANY.COM<br>ATTORNEY FOR (name): | FILED<br>2018 MAY 14 PM 1:15<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br>BY ___ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 411 WEST 4TH STREET, ROOM 1053
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: Ronald Reagan Federal Building and United States Courthouse

Plaintiff/Petitioner: ST LIBERTY, LLC
Defendant/Respondent: THAT CERTAIN 38' FOUNTAIN POWER BOAT

CASE NUMBER:
8:18-cv-00096-DOC-JDEx

JUDICIAL OFFICER:

DEPARTMENT:

**PROOF OF SERVICE—CIVIL**
**Check method of service** *(only one):*
[ ] By Personal Service   [x] By Mail   [ ] By Overnight Delivery
[ ] By Messenger Service   [ ] By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action.**
2. My residence or business address is:

   3110 NEWPORT BLVD., NEWPORT BEACH, CA 92660

3. [ ] The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* May 8, 2018   I served the following **documents** *(specify):*
   VERIFIED ANSWER

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP., C/O MARC CEFALU
   b. [x] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   900 FRONT ST, SUITE 350, SAN FRANCISCO, CA 94111

   c. [ ] *(Complete if service was by fax.)*
   Fax number where person was served:

   [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| ST LIBERTY, LLC V. THAT CERTAIN 38' FOUNTAIN POWER | 8:18-cv-00096-DOC-JDEx |

6. b. [x] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and (specify one):

   (1) [x] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state):

c. [ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: MAY 8, 2018

JEFFREY HIGH
(TYPE OR PRINT NAME OF DECLARANT)

▶ (SIGNATURE OF DECLARANT)

(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)

## DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(NAME OF DECLARANT)

▶ (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]     **PROOF OF SERVICE—CIVIL**     Page 2 of 3
(Proof of Service)