# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ST LIBERTY, LLC

Plaintiff(s),

v.

THAT CERTAIN 38 FOUNTAIN POWER BOAT, 2008 EXPRESS CRUISER MODEL, OFFICIAL NO. 1229074, AT ONE TIME NAMED BRINLEY GREYSON , et al.

Defendant(s).

CASE NUMBER:

8:18−cv−00096−DOC−JDE

## NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  in rem defendant M/V BRINLEY GREYSON, Official No. 1229074, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc.  for the following reason(s):

- \_ No declaration as required by F.R.Civ.P 55(a)
- \_ No proof of service/waiver of service on file
- \_ The name of the person served does not exactly match the person named in complaint
- \_ Proof of Service is lacking required information
- \_ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- \_ Time to respond has not expired
- X Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- X Request for Entry of Default has been forwarded to the assigned Judge
- \_ Party dismissed from action on
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: No proof of publication showing once a week for three weeks on file

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- \_ No Entry of Default on file
- \_ No declaration as required by F.R.Civ.P 55(b)
- \_ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- \_ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- \_ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- \_ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- \_ Amount sought is not for a sum certain or cannot be computed to a sum certain
- \_ Attorney Fees sought not in compliance with Local Rule 55−3
- \_ Amount sought for costs is incorrect
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- \_ Other:

CLERK, U.S. DISTRICT COURT

Date: __August 15, 2018__   By: ___/s/ Trina Debose___
                               Deputy Clerk
                               714 338 4568

CV–52B(09/12)        NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT