```
COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
mcefalu@cwlfirm.com

Attorneys for Plaintiff
ST LIBERTY, LLC
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.<br><br>Defendants. | Case No.: 8:18-cv-00096-DOC-JDEx<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE**<br><br>[Central Dist. L.R. 83-1.3.1] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District Local Rule 83-1.3.1, ST LIBERTY LLC ("ST Liberty") is obliged to give notice to the Court that the issues and claims presented in Plaintiff DARRELL HALLETT's Complaint filed in the Superior Court of the State of California for the County of Orange on July 2, 2018, entitled *Darrell Hallett v. ST LIBERTY LLC, et al.*, case no. 30-2018-01003044-CU-FR-CJC, and removed to his Court pursuant to a Notice of

-1- Case No. 8:18-cv-00096-DOC-JDEx

NOTICE OF RELATED CASE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

STL.Hallett / 4641

## PROOF OF SERVICE
(California Code of Civil Procedure §1013)

Case:         *St Liberty, LLC v. That Certain 38' Fountain Power Boat, et al.*

Case No.:     U.S. District Court, Central Case No. 8:18-cv-00096-DOC-JDEx

I am employed in the City and County of San Francisco by the law firm of Cox, Wootton, Lerner, Griffin & Hansen, LLP, 900 Front Street, Suite 350, San Francisco, California 94111. I am over the age of 18 years and not a party to the within action.

On August 23, 2018, I served the attached document(s):

**PLAINTIFF'S NOTICE OF RELATED CASE**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

**(A)** By First Class Mail: I am readily familiar with the practice of Cox, Wootton, Lerner, Griffin & Hansen, LLP, for the collection and processing of correspondence for mailing with the U.S. Postal Service, and that correspondence would be deposited with the U.S. Postal Service the same day in the ordinary course of business. I caused each such envelope, with first-class postage thereon fully prepaid, to be sealed and placed in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee(s) on the date indicated.

**(B)** By Personal Service: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)** By Messenger Service: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for messenger delivery, and I caused each such envelope indicated below, to be delivered to a courier employed by First Legal Support Services with whom we have a direct billing

account, who personally delivered each such envelope to the addressee(s) on the date indicated.

**(D)** <u>By Federal Express</u>: I am readily familiar with the practice of Cox, Wootton, Lerner, Griffin & Hansen, LLP, for the collection of overnight courier deliveries, and such overnight courier deliveries would be deposited with the courier the same day in the ordinary course of business. I caused each such envelope/package to be delivered to Federal Express Corporation, with whom we have a direct billing account, in San Francisco, California, to be delivered to the addressee(s) on the next business day.

**(E)** <u>By Facsimile</u>: I caused each such document(s) to be served via facsimile electronic equipment transmission (fax) on the party(ies) indicated below by transmitting a true copy to the following fax number(s):

**(F)** <u>By ECF</u>: I electronically served the referenced documents through ECF/PACER. E-service in this action was completed on all parties listed on the service list with ECF/PACER. Pursuant to USDC, Central District, Local Rule 5-3.2.1, service with an electronic Notice of Electronic Filing constitutes service.

| *SERVICE* | *ADDRESSEE* | *PARTY* |
|---|---|---|
| A | Darrell Hallett<br>1024 Bayside Drive, #114<br>Newport Beach, CA 92660 | Defendant, IN PRO PER |
| F | Brian S. Healy<br>William J. Healy<br>TIERNEY WATSON & HEALY PC<br>351 California Street, Suite 600<br>San Francisco, CA 94104<br>Tel: 415-357-2093<br>Email: brian@tw2law.com | Counsel for Judgment Creditor<br>GRACE PARK AVENUE LLC |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this August 23, 2018 at San Francisco, California.

/S/ Melissa Williams
Melissa Williams

Case No. 8:18-cv-00096-DOC-JDEx