| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ST LIBERTY, LLC | 8:18-CV-00096 DOC-JDE |

| DEFENDANT That Certain 38' Fountain Power Boat 2008 Express Cruiser Model Official No. 1229074 at one time named "Brinley Greyson"; Its Engine Tackle, Machinery, Furniture, Apparel, Appurtenances | TYPE OF PROCESS Substitute Custodian |
|---|---|

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | That Certain 38' Fountain Power Boat 2008 Express Cruiser Model No. 1229074... |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 2403 North Batavia, Orange, CA |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Marc T. Cefalu Cox Wootton Lerner Griffin & Hansen LLP 900 Front Street, Suite 350 San Francisco, CA 94111 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                                                                Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 438-4600 | DATE 1/16/18 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than once USM 285 is submitted*) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk Sandra Tafan | Date 4/20/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | FILED CLERK, U.S. DISTRICT COURT AUG 23 2018 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY | Date of Service 4-21-18   Time 9:15 am/pm |
| | | Signature of U.S. Marshal or Deputy for M. Hazelwood |

RECEIVED CLERK U.S. MARSHALS SVC 2018 APR 20 AM 10

| Service Fee 65.00 | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1.  CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNCLASSIFIED // LES

COPY

**U.S. Department of Justice**
United States Marshals Service

## Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**

Central District of California

**2. RECEIVED FROM (NAME AND ADDRESS):**

Marc T. Cefalu  Cox, Wootton, Lerner, Griffin & Hansen, LLP  900 Front Street, Suite 350  San Francisco, CA. 94111

| 3. CASE NO.: | 4. CASE TITLE: |
|---|---|
| 8:18-CV-00096 | St. Liberty LLC,  vs. That Certain 38' Fountain Power Boat 2008 Express Cruiser Model # 1229074 |

**5. SUBJECT (NAME AND ADDRESS):**

That Certain 38' Fountain Power Boat 2008 Express Cruiser # 1229074   KH Marine: 2403 N. Batavia, Orange, CA.

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE (Include model, serial no., identifying marks, condition, value, etc.) | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | 38' Fountain Power Boat 2008 Express Cruiser FGQ8G111H708 | 19182 Stewart St. Hunting Ton Beach CA 92648 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

Form USM-102
Rev. 12/17

UNCLASSIFIED // LES

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: | 11. TITLE: | 12. AGENCY: |
|---|---|---|
| HAZELWOOD, MARCELINO | SDUSM | USMS |
| 13. SIGNATURE: | | 14. DATE: |
| Marcel Hazl.l | | 4/21/18 |

## CHAIN OF CUSTODY

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| 1 | 4/21/18 | NAME & AGENCY: HAZELWOOD, MARCELINO USMS | NAME & AGENCY: Cindi Dewila Liquidators nacional | Custody of vessel |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

Form USM-102
Rev. 12/17