**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
mcefalu@cwlfirm.com

Attorneys for Plaintiff
ST LIBERTY, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST LIBERTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10. <br><br> Defendants. | Case No.: 8:18-cv-00096-DOC-JDEx <br><br> **IN ADMIRALTY** <br><br> **PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR INTERLOCUTORY SALE** <br><br> **Supp. F.R.C. P. E(9)(a)(i)** <br> **LAR E.15 (83-E.9)** <br><br> **Date: 9/17/18** <br> **Time: 8:30 a.m.** <br> **Place: Courtroom 9D** |

Plaintiff ST Liberty, LLC, submits this Reply in Support of its Motion for Interlocutory Sale (the "Motion").

## REPLY

Plaintiff filed and served its Motion for Interlocutory Sale on August 14, 2018. To date there has been no timely filed or served opposition to the Motion. Plaintiff's counsel deferred filing this Reply until today to afford any opposing party adequate time to oppose the Motion. However, with there being no timely opposition filed, Plaintiff submits that the Motion should be

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

STL.Hallett / 4641

-1-  Case No. 8:18-cv-00096-DOC-JDEx
PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR INTERLOCUTORY SALE

1  granted.  Plaintiff further submits that in the event that any untimely filed
2  opposition to the Motion is filed, it should not be considered as Plaintiff
3  would not have adequate time to respond.
4      Plaintiff also submits herewith as EXHIBIT ONE a [Proposed] Notice
5  of Sale of Vessel by U.S. Marshal for the Court's consideration should it grant
6  Plaintiff's motion

## **CONCLUSION**

8  Based upon the above, and there being no timely filed opposition,
9  Plaintiff submits that its Motion should be granted.

    Respectfully submitted,

    By: ___/S/ Marc T. Cefalu_____
          Marc T. Cefalu

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

STL.Hallett / 4641

# EXHIBIT 1

_____

# [PROPOSED] NOTICE OF SALE OF VESSEL BY U.S. MARSHAL

_____

**Civ. Case No. 8:18-cv-00096-DOC-JDEx**
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Los Angeles Division

ST LIBERTY, LLC, Plaintiff

v.

That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, Official No. 1229074, at one time named "BRINLEY GREYSON," its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10.

On _____, 2018, at _____ a.m./p.m., That Certain 38' Fountain Power Boat, 2008 Express Cruiser Model, at one time named "BRINLEY GREYSON," a 2008 38-foot fiberglass, express motor vessel, Official No. 1229074, will be sold AS IS and WHERE IS, free of all mortgages, liens, and other encumbrances at a public auction sale pursuant to an Order issued from the U.S. District Court for the Central District of California pursuant to Local Admiralty Rule E.15. The sale will take place in the lobby of the U. S. District Courthouse located at 312 N. Spring Street, Los Angeles, California, 90012.

Interested buyers will be allowed to preview the vessel on _____, 2018 from 1:00 p.m. until 4:00 p.m. at _____. Please contact Marc Cefalu, attorney for Plaintiff ST LIBERTY, LLC, at (415) 438-4600 to schedule an appointment.

The vessel will be sold to the highest bidder. Unless a bidder is permitted by an Order of this Court to credit bid up to the amount of its secured interest in the Vessel, the successful bidder must make payment in compliance with the provisions of Local Admiralty Rule E(15)(b).

DAVID M. SINGER, U.S. Marshal, C/CA
U.S. Courthouse
312 N. Spring Street, Room G-23
Los Angeles, CA 90012
(213) 894-6820

**PROOF OF SERVICE**
(California Code of Civil Procedure §1013)

Case: *St Liberty, LLC v. That Certain 38' Fountain Power Boat, et al.*

Case No.: U.S. District Court, Central Case No. 8:18-cv-00096-DOC-JDE

I am employed in the City and County of San Francisco by the law firm of Cox, Wootton, Lerner, Griffin & Hansen, LLP, 900 Front Street, Suite 350, San Francisco, California 94111. I am over the age of 18 years and not a party to the within action.

On September 10, 2018, I served the attached document(s): **Plaintiff's Reply in Support of Motion For Interlocutory Sale** on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes, addressed as shown below, for service as designated below:

(**D**)  By Federal Express:    I am readily familiar with the practice of Cox, Wootton, Lerner, Griffin & Hansen, LLP, for the collection of overnight courier deliveries, and such overnight courier deliveries would be deposited with the courier the same day in the ordinary course of business. I caused each such envelope/package to be delivered to Federal Express Corporation, with whom we have a direct billing account, in San Francisco, California, to be delivered to the addressee(s) on the next business day.

(**F**)  By ECF: I electronically served the referenced documents through ECF/PACER. E-service in this action was completed on all parties listed on the service list with ECF/PACER. Pursuant to USDC, Central District, Local Rule 5-3.2.1, service with an electronic Notice of Electronic Filing constitutes service.

| *SERVICE* | *ADDRESSEE* | *PARTY* |
|---|---|---|
| **D** | Darrell Hallett<br>1024 Bayside Drive, #114<br>Newport Beach, CA  92660 | Defendant, IN PRO PER |
| **F** | Brian S. Healy<br>William J. Healy<br>TIERNEY WATSON & HEALY PC<br>351 California Street, Suite 600 | Counsel for Judgment Creditor<br>GRACE PARK AVENUE LLC |

Case No. 8:18-cv-00096-DOC-JDEx

| | |
|---|---|
| San Francisco, CA 94104<br>Tel: 415-357-2093<br>Email: brian@tw2law.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this September 10, 2018 at San Francisco, California.

/S/ Denise Brasher
Denise Brasher

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP
900 FRONT STREET, STE. 350
SAN FRANCISCO,
CA 94111
TEL (415) 438-4600
FAX (415) 438-4601

STL.Hallett/4641

Case No. 8:18-cv-00096-DOC-JDEx